# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| SULTAN SAAD N ALORINI | ) Case No. |
| SHVAB ANDRIY | ) |
| ELDAR REZVANOV | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   11/8/16 and 11/9/16   in the county of _____ in the _____ District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(a)(1) | did unlawfully and willfully seize, confine, kidnap, abduct, carry away and hold for ransom, and, in committing or in furtherance of the commission of the offense, did willfully transport and travel in interstate commerce from the District of Columbia to the State of Maryland. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

MICHAEL BROWN, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   11/10/2016

*Judge's signature*

City and state:   Washington, D.C.   G. MICHAEL HARVEY
*Printed name and title*